**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE LOGISTICS, INC., *et al.*,[1] | Case No. 14-10442 (CSS) |
| Debtors. | Jointly Administered |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )    No unsecured creditor response to the United States Trustee's communication/contact for service on the committee.

( X )    Insufficient response to the United States Trustee's communication/contact for service on the committee.

( )    No unsecured creditor interest.

( )    Non-operating debtor-in-possession - - No creditor interest.

( )    Application to convert to Chapter 7 or to dismiss pending.

( )    Converted or dismissed.

( )    Other

**ROBERTA A. DeANGELIS,**
**UNITED STATES TRUSTEE REGION THREE**

 /s/ *Tiiara N. A. Patton, for*
T. Patrick Tinker
Assistant United States Trustee

DATED:  March 24, 2014

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Noble Logistics, Inc (4251); NLI Manager, Inc. (8282); Aspen Contracting SE, LLC (5776); Aspen Contracting NE, LLC (5896); Aspen Contracting Gulf Coast, LLC (6124); Aspen Contracting Midwest, LLC (6447); Aspen Contracting West, LLC (6563); Aspen Contracting California, LLC (6639); and Conifer Services CA LLC (6675).  The mailing address for the Debtors, solely for purposes of notices and communications, is 11335 Clay Road, Suite 100, Houston, Texas 77041.